IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff/Respondent, )<br>)<br>vs. )<br>)<br>DESMOND W. THOMPSON, )<br>)<br>Defendant/Movant. ) | CV NO. 10-718 JC/CG<br>CR NO. 09-489 JC |

ORDER GRANTING THE UNITED STATES'
MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255

THIS MATTER having come before the Court on the United States' motion for an extension of time until October 4, 2010 to respond to the defendant's motion under 28 U.S.C. § 2255, and the Court being otherwise fully advised in the premises FINDS that the motion is well taken and should be granted.

NOW, THEREFORE, it is hereby ordered that the United States' response to Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence Pursuant to Title 28 U.S.C. § 2255, (3) shall be due on October 4, 2010.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE