## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DESMOND W. THOMPSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CV NO. 10-718 JC/CG |
| | ) CR NO. 09-489 JC |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### ORDER EXTENDING TIME TO FILE SUPPLEMENTAL BRIEF

THIS MATTER HAVING COME before the Court on the Petitioner's unopposed motion to extend the time to file supplemental brief, the Court, being advised as to the premises therein and there being no objections,

HEREBY FINDS AND ORDERS that Petitioner's motion is well-taken and granted, and will allow the Petitioner to file his supplemental brief in this matter no later than February 14, 2011.

THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

APPROVED BY:

/s/ Todd Hotchkiss
TODD HOTCHKISS
FRECHETTE & ASSOCIATES, P.C.
Attorney for DESMOND THOMPSON

<u>Telephonic approval January 13, 2011</u>
RHONDA BACKINOFF
ASSISTANT UNITED STATES ATTORNEY
Attorney for Respondent